UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2008 JUN 25 AM 9: 24

CLERK

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, :
:
v. : Criminal No. 1:08-CR-80-1
:
JASON MERCHANT, :
        Defendant. :

### INDICTMENT

The Grand Jury charges:

Beginning on a date unknown to the Grand Jury, to on or about July 5, 2003, in the District of Vermont and elsewhere, JASON MERCHANT, the defendant, conspired with others known and unknown to the Grand Jury knowingly and intentionally to possess with intent to distribute marijuana, a Schedule I controlled substance.

It is further charged that the amount of controlled substance involved in this offense was 100 kilograms or more of marijuana, a Schedule I controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B))

A TRUE BILL

_____ (BAM)
THOMAS D. ANDERSON
United States Attorney

Burlington, Vermont
June 24, 2008